IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA
PITTSBURGH

REBECCA BLACKBURN, )
INDIVIDUALLY AND AS )
ADMINISTRATRIX OF THE ESTATE OF ) 2:19-CV-00760-MJH
MATTHEW C. BLACKBURN, )
DECEASED; AND MATTHEW R. )
BLACKBURN, INDIVIDUALLY; )
)
      Plaintiffs, )

vs.

UNITED RENTALS, INC., UNITED
RENTALS (NORTH AMERICA), INC.,
UNITED RENTALS AERIAL
EQUIPMENT, INC.,

      Defendants,

## ORDER MODIFYING CASE MANAGEMENT ORDER

And Now this 25th day of February, a status conference being held on the same date, it is hereby ORDERED that the Case Management Order (ECF No. 8) is modified as follows:

    a)    Fact discovery shall be completed on or before May 17, 2020.

    b)    Plaintiff's expert reports should be filed on or before August 21, 2020

    c)    Plaintiff's expert(s) depositions should be completed on or before October 21, 2020

    d)    Defendant's expert reports should be filed on or September 21, 2020

    e)    Defendant's expert(s) depositions should be completed on or before October 21, 2020.

    f)    A Post-Discovery Status Conference shall be held on Monday, June 1, 2020 at 9 a.m.

All other aspects of the Court's Case Management Order (ECF No. 8) shall remain in effect.

                                                                                     _____
                                                                                     Marilyn J. Horan
                                                                                     United States District Judge